UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALECIA N. RUMPH &
CORDERO J. RUMPH

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT - NYPD & 47 PCT, P.O JUAN RODRIGUEZ, DETECTIVE TAZ & DETECTIVE WILLIAMS & ETC 47TH PCT

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED**
NOV - 6 2015
PRO SE OFFICE

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No
*(check one)*

**15CV 8749**

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  ALECIA N. RUMPH & CORDERO J. RUMPH
Street Address  4042 WILDER AVENUE APT 1
County, City  BRONX, NEW YORK CITY
State & Zip Code  NEW YORK 10466
Telephone Number  646-645-8291 or 718-654-8291

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  P.O JUAN RODRIGUEZ - SHIELD #016076
Street Address  4111 LACONIA AVENUE

*Rev. 05/2010*

County, City **BRONX, NEW YORK**
State & Zip Code **N.Y 10466**
Telephone Number **718-920-1211**

Defendant No. 2   Name **DETECTIVE TAZ**
Street Address **4111 LACONIA AVENUE**
County, City **BRONX, NEW YORK**
State & Zip Code **N.Y 10466**
Telephone Number **718-920-1211**

Defendant No. 3   Name **DETECTIVE WILLIAMS**
Street Address **4111 LACONIA AVENUE**
County, City **BRONX, NEW YORK**
State & Zip Code **N.Y 10466**
Telephone Number **718-920-1211**

Defendant No. 4   Name **UNKNOWN OFFICER(S) POLICE OFFICIAL OF 47TH PCT**
Street Address **4111 LACONIA AVENUE**
County, City **BRONX, NEW YORK**
State & Zip Code **N.Y 10466**
Telephone Number **718-920-1211**

**SEE ATTACHED ADDITIONAL DEFENDANT.**

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions         ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **4TH AMENDMENT CLAIM UNDER THE UNITED STATES CONSTITUTION, 14TH AMENDMENT CLAIM UNDER THE UNITED STATES CONSTITUTION, INTENTIONAL OR TENTIONAL TORT CLAIM UNDER THE UNITED STATES CONSTITUTION. CIVIL RIGHTS VIOLATIONS CLAIM**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

# ADDITIONAL DEFENDANTS

DEFENDANT NO. 5   THE CITY OF NEW YORK.

DEFENDANT NO. 6.  NEW YORK CITY POLICE DEPARTMENT NYPD.

DEFENDANT NO. 7   47 PRECINCT
4111 LACONIA AVENUE
BRONX, NEW YORK N.Y 10466

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 4042 WILDER AVENUE APT 1, BRONX, NEW YORK N.Y 10466

B. What date and approximate time did the events giving rise to your claim(s) occur? NOVEMBER 8, 2012 AT APPROXIMATELY 1:45 PM

C. Facts:

*What happened to you?* HOME WAS RAIDED BAND VANDALISM BY THE SWAT TEAM (47TH PRECINCT). WE, ALECIA N. RUMPH & CORDERO RUMPH WAS FALSELY ARRESTED/FALSE IMPRISONMENT FOR TWO AND A HALF WEEKS BEFORE CHARGES WAS DROPPED AND OUR CASE WAS DISMISSED.

*Who did what?* P.O JUAN RODRIGUEZ OF 47 PCT, SHIELD #016076, DET. TAZ, DETECTIVE WILLIAMS AND SEVERAL UNIDENTIFIED LAW OFFICIAL OF THE 47TH PRECINCT FALSELY ARRESTED US, ALECIA N. RUMPH & CORDERO RUMPH. WE WERE ALSO MENACE, HARASS AND INTIMIDATED BY THE OFFICIAL AT THE 47TH PRECINCT.

*Was anyone else involved?* WE, ALECIA N. RUMPH & CORDERO J. RUMPH WAS THE ONLY ONES WHO SUFFERED THE DREADFUL HUMILIATION & FALSELY ARRESTED BY THE OFFICIAL (SWAT TEAM) AND ETC OF THE 47TH PRECINCT.

*Who else saw what happened?* MRS. VINCINCT THOMAS (LANDLORD) MR. WILLIAM ASKEN (NEIGHBO) AND SEVERAL UNKNOWN NEIGHBORS.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. DUE TO THE INCIDENT THAT OCCURRED ON NOVEMBER 8, 2013 AT APPROXIMATELY 1:45 PM CAUSED I (US) ALECIA N. RUMPH AND MY BROTHER, CORDERO J. RUMPH POST TRAUMATIC STRESS DISORDER. WE SUFFER FROM ANXIETY ATTACKS/PANIC ATTACKS, NIGHT MARES, STRESS DISORDER, FEAR AND MENTAL ANGUISH. WE SUFFER FROM POST TRAUMATIC STRESS DISORDER.

Rev. 0: 2010

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. WE, ALECIA N. RUMPH AND CORDERO J. RUMPH ARE ASKING THE COURT TO GRANT US MONETARY COMPENSATION FOR OUR PAIN & SUFFERING, PROPERTY DAMAGES, BUSINESS MONETARY LOSS, FALSELY ARRESTED (INCARCERATION) AND INJURIES SUFFERED BY THE CITY OF NEW YORK, AND NEW YORK CITY POLICE DEPARTMENT-NYPD & 47TH PRECINCT, PO JUAN RODRIGUEZ OF 47 PCT, SHIELD #016076, DET. TAZ AND DETECTIVE WILLIAMS AND SEVERAL UNIDENTIFIED LAW OFFICIALS OF THE 47TH PCT.

1. PROPERTY DAMAGES $20,000   ALECIA N. RUMPH
2. BUSINESS MONETARY LOSS $30,000   ALECIA RUMPH & CORDERO RUMPH
3. FALSELY ARRESTED (INCARCERATION) 2½ WEEKS
   VICTIM 1 ALECIA N. RUMPH = $500,000 / VICTIM 2 CORDERO RUMPH
   $500,000 SEEKING EACH FOR FALSELY ARRESTED / INCARCERATION.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5TH day of NOVEMBER, 20 15

Signature of Plaintiff: Alecia Rumph   C.R.
Mailing Address: 4042 WILDER AVENUE APT 1, BRONX, NEW YORK N.Y. 10466
Telephone Number: 646-645-8291 or 718-634-8291
Fax Number (if you have one): NONE

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010

## V. RELIEF:

INJURIES CLAIMED: PAIN AND SUFFERING

VICTIM 1 - ALECIA N. RUMPH
EMOTIONAL, MENTALLY AND PHYSICALLY DISTRESS (STRESS)
POST TRAUMATIC STRESS DISORDER, ANXIETY PANIC ATTACKS SUFFERED FROM INCIDENT.
TOTAL AMOUNT OF MONETARY COMPENSATION SEEKING $500,000 DOLLARS.

VICTIM 2 - CORDERO J. RUMPH
EMOTIONAL, MENTALLY AND PHYSICALLY DISTRESS (STRESS)
POST TRAUMATIC STRESS DISORDER, ANXIETY, PANIC ATTACKS SUFFERED FROM INCIDENT ON NOVEMBER 8, 2012.
TOTAL OF AMOUNT OF MONETARY COMPENSATION SEEKING IS $500,000 DOLLARS.

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX                                    CERTIFICATE OF DISPOSITION
                                                       NUMBER:  143872
THE PEOPLE OF THE STATE OF NEW  YORK
                   VS

 RUMPH,ALECIA
 Defendant                                              07/09/1983
                                                        Date of Birth
 4042 WILDER AVENU
 Address                                                 0604289K
                                                        NYSID Number
 BRONX                    NY
 City                  State    Zip                     11/08/2012
                                                        Date of Arrest/Issue
Docket Number: 2012BX064195
                                                        Summons No:
220.16 220.06 220.03
Arraignment Charges


Case Disposition Information:

    Date            Court Action                    Judge                      Part
 01/30/2013     DISMISSED AND SEALED               ADLER,H                      FA


                        DISMISSED
                         & SEALED


NO FEE CERTIFICATION

 _ GOVERNMENT AGENCY         _ COUNSEL ASSIGNED

 _ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

   SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]


       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
 THIS COURT
 TURNBULL,V                                             10/07/2015
 COURT OFFICIAL SIGNATURE AND SEAL                       DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```

```
CRIMINAL COURT OF THE CITY OF NEW YORK        CERTIFICATE OF DISPOSITION
COUNTY OF BRONX                                    NUMBER:  134152

THE PEOPLE OF THE STATE OF NEW YORK
                    VS

RUMPH, CORDERO                                     03/03/1988
Defendant                                          Date of Birth

4042 WILDER AVENU                                  2192150K
Address                                            NYSID Number

BRONX              NY                              11/08/2012
City              State   Zip                      Date of Arrest/Issue

Docket Number: 2012BX064196                        Summons No:

220.16 220.06 220.03
Arraignment Charges


Case Disposition Information:

   Date           Court Action                Judge           Part
01/30/2013    DISMISSED AND SEALED           ADLER, H          FA
```

**DISMISSED**

**SEALED**

pursuant to Section 160.50 of the CPL

```
        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

RICHARDSON, K                                   10/14/2015
COURT OFFICIAL SIGNATURE AND SEAL                 DATE         FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```