**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF ALECIA RUMPH & CORDERO RUMPH | COURT CASE NUMBER 15CV8749 |
|---|---|
| DEFENDANT THE CITY OF NEW YORK | TYPE OF PROCESS SUMMONS & COMPLAINT |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DETECTIVE WILLIAMS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4111 LACONIA AVENUE, BRONX N.Y 10466

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ALECIA RUMPH & CORDERO RUMPH
4042 WILDER AVE, APT 1
BRONX, NEW YORK N.Y 10466

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

47TH PRECINCT
4111 LACONIA AVENUE, BRONX NEW YORK
N.Y 10466
718-920-1211

Signature of Attorney or other Originator requesting service on behalf of:
*Alecia Rumph & CR*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER 646-645-8291
DATE 12-14-2015

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process P-4 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date 1/11/2016 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) LT. Sanders | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service 2/22/2016 | Time 11:35 ☒am ☐pm |
| | Signature of U.S. Marshal or Deputy 4390 |

| Service Fee $73. | Total Mileage Charges (*including endeavors*) $21.47 | Forwarding Fee | Total Charges $94.47 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1/11/2016 Sent for personal service -
2/19/2016 Set up for personal service

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

15-8749-2