```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ALECIA RUMPH; CORDERO RUMPH,

                                        Plaintiffs,

-against-

CITY OF NEW YORK; DETECTIVE WILLIAMS; OFFICER RODRIGUEZ; OFFICER TASS,

                                        Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-8749 (VEC)(SN)

------------------------------------------------------------------- x

**WHEREAS,** defendants and plaintiff Alecia Rumph have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by Alecia Rumph and defendants, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
December 8, 2016

QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Pro Bono Discovery Counsel for Plaintiff Alecia Rumph*
51 Madison Avenue
New York, NY 10010
212-849-7128

By: _____
    Guyon Knight
    *Pro Bono Discovery Counsel for Plaintiff Alecia Rumph*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York, Rodriguez, Tass, and Williams*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Colin McCann Ceriello
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2016