```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/16
```

Capnoni, V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CORDERO RUMPH; ALECIA RUMPH,

                                    Plaintiffs,

-against-

CITY OF NEW YORK; DETECTIVE WILLIAMS; OFFICER RODRIGUEZ; and OFFICER TASS,

                                    Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-8749 (VEC)(SN)

**WHEREAS,** the defendants and plaintiff Cordero Rumph have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by Cordero Rumph and defendants, that the above-referenced action is hereby dismissed with prejudice.

Cordero Rumph
DIN 16-B-1764
Groveland Correctional Facility
*Plaintiff* Pro Se
70000 Sonyea Road
Sonyea, NY 14556

By: _____
    Cordero Rumph
    *Plaintiff* Pro Se

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,*
  *Tass, Williams, and Rodriguez*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Colin McCann Ceriello
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2016